**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alabama Securities Commission
770 Washington Avenue
Montgomery AL 36104

05cv 1223 S+C

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ⬚ Agent
  ⬚ Addressee

B. Received by (*Printed Name*) | C. Date of Delivery

D. Is delivery address different from item 1? ⬚ Yes
   If YES, enter delivery address below: ⬚ No
   JAN 3 2006

3. Service Type
- ☒ Certified Mail   ⬚ Express Mail
- ⬚ Registered       ☒ Return Receipt for Merchandise
- ⬚ Insured Mail     ⬚ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ⬚ Yes

2. Article Number
   (Transfer from service label)    7004 1160 0001 9085 0174

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540