**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 25, 2006

NOTICE OF REASSIGNMENT

To:  All Counsel of Record

Re:  Redd v. Alabama Securities Commission
     Civil Action No. 2:05-cv-01223-MEF

The above-styled case has been reassigned to Judge Ira De Ment.

Please note that the case number is now **2:05-cv-01223-ID**.

This new case number should be used on all future correspondence and pleadings in this action.